# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICAH ELIZABETH ANGEL**                                             **PLAINTIFF**

v.                             **Case No**. **3:18-cv-00121-KGB**

**KEITH BOWERS,** *et al***.**                                              **DEFENDANTS**

## ORDER

The Court *sua sponte* issues notice of a factually related case between plaintiff Micah Elizabeth Angel and defendant Keith Bowers before United States District Judge D.P. Marshall, Jr. Case No. 3:18-cv-00076-DPM. The interests of judicial economy will be best served by transferring this case to Judge Marshall. *See* General Order 39(b)(5). Therefore, the Court directs the Clerk's office to transfer this case to Judge Marshall. The parties may file, within 14 days of the date of this Order, a brief statement opposing such transfer, should they so choose.

It is so ordered this 3rd day of August, 2018.

                                                                      Kristine G. Baker
                                                                      United States District Judge