# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICAH ELIZABETH ANGEL                                    PLAINTIFF

v.                       No. 3:18-cv-121-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
BRYAN HELTON, Employee, Craighead
County Sheriff's Office; MATT HALL,
Former Administrator, Craighead
County Detention Center; and
TYLER WILSON, Officer                                    DEFENDANTS

## ORDER

The Court transferred this case *sua sponte* to promote judicial economy, but gave the parties an opportunity to object. № 8. Angel has objected. № 11. The Court therefore directs the Clerk to transfer this case back to Judge Baker's docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2018