# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICAH ELIZABETH ANGEL**                                    **PLAINTIFF**

**v.**                    Case No. **3:18-cv-00121-KGB**

**KEITH BOWERS,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Micah Elizabeth Angel's complaint and amended complaint are dismissed without prejudice.

It is so ordered this 4th day of February, 2019.

_____
Kristine G. Baker
United States District Judge